## PLATT, CHIEF JUDGE, U. S. DISTRICT COURT *v.* MINNESOTA MINING & MANUFACTURING CO.

No. 274. Decided January 31, 1966.

*Solicitor General Marshall,* former *Solicitor General Cox, Acting Assistant Attorney General Wright* and *Lionel Kestenbaum* for petitioner.

*John T. Chadwell, Glenn W. McGee, Allan J. Reniche, William H. Abbott* and *John L. Connolly* for respondent.

PER CURIAM.

Upon consideration of the suggestion of mootness filed by the Solicitor General and upon an examination of the entire record, the petition for a writ of certiorari is granted, the judgment of the United States Court of Appeals for the Seventh Circuit is vacated and the case is remanded to that court with instructions to dismiss the mandamus proceeding as moot.